ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| MILSIA CARTAGENA BARNÉS <br><br> Recurrida <br><br> CÉSAR CRUZ LAUREANO <br><br> Peticionario <br><br> EX PARTE | KLCE202400920 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de San Juan <br><br> Caso Núm. SJ2019RF00879 <br><br> Sobre: Divorcio (C.M.) |
|---|---|---|

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 23 de agosto de 2024.

Considerada la *Petición de Certiorari*, presentada por la parte peticionaria, César Cruz Laureano, denegamos su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1] Por consiguiente declaramos No Ha Lugar la *Moción urgente en auxilio de jurisdicción*.

Notifíquese inmediatamente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de certiorari en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024_____